H. K. Brown, O. B. Garrett, E. L. Greene, et al., as and constituting the City Council of the City of Sebring, W. B. Crawford, as Mayor of said City, et al., v. State, ex rel. E. M. Bancroft, et al.

154 So. 834.

Opinion Filed April 24, 1934.

*M. R. McDonald,* for Plaintiffs in Error;

*E. J. L'Engle* and *J. W. Shands,* for Defendants in Error.

PER CURIAM.—Writ of error is to judgment of peremptory writ of mandamus after demurrer sustained to return and answer.

Writ commanded tax levy to provide fund to pay principal and interest on Municipal Bonds which constituted general obligation of the Municipality and which bonds had been duly validated by order of Court having jurisdiction to make such order and decree.

No error; judgment should be affirmed. So ordered.

Affirmed.

DAVIS, C. J., and WHITFIELD, ELLIS, TERRELL and BUFORD, J. J., concur.